IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AARON LEE WILLIAMS                                                                                          PLAINTIFF

v.                                              Civil No. 2:21-cv-02015

SHERIFF HOBE RUNION, Sebastian County;
JAIL ADMINISTRATOR WILLIAM (BILL)
DUMAS, Sebastian County Detention Center
("SCDC"); MEDICAL SUPERVISOR CHRISTENA
FRUGSON, SCDC; and HEAD OF MEDICAL
JAMES CARTER, SCDC                                                                                        DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Honorable P. K. Holmes III, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. Currently before the Court is Plaintiff's failure to comply with orders of the Court.

Plaintiff, Aaron Lee Williams, filed this 42 U.S.C. § 1983 action *pro se* on January 14, 2021. (ECF No. 1). His application to proceed *in forma pauperis* was granted that same day. (ECF No. 3). On March 23, 2021, Defendant James Carter filed a Motion to Dismiss alleging Plaintiff failed to state a claim against him upon which relief could be granted. (ECF No. 11). The next day the Court entered an order directing Plaintiff to file a response to the motion by April 14, 2021. (ECF No. 13). On April 8, 2021, Plaintiff filed a Response in opposition to the motion. (ECF No. 17).

On April 13, 2021, the Court entered an order directing Plaintiff to file an Amended Complaint to cure the purported pleading defects in his original complaint by May 4, 2021. (ECF No. 18). The order informed Plaintiff that failure to timely and properly comply with the order would result in this case being dismissed. *Id.* To date, Plaintiff has not filed an Amended Complaint and the order directing him to do so has not been returned as undeliverable. On May 10, 2021, the Court entered an order directing Plaintiff to show cause by June 1, 2021, as to why he failed to file an Amended

1

Complaint. (ECF No. 30). The order informed Plaintiff that failure to timely and properly comply with the order would result in this case being dismissed. *Id.* To date, Plaintiff has not filed a response to the show cause order and the order has not been returned as undeliverable.[1]

Although *pro se* pleadings are to be construed liberally, a *pro se* litigant is not excused from complying with substantive and procedural law. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984). Local Rule 5.5(c)(2) states in pertinent part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently . . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Local Rule 5.5(c)(2).

Additionally, the Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the grounds that the plaintiff failed to prosecute or failed to comply with orders of the court. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (stating the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803–04 (8th Cir. 1986) (emphasis added).

Plaintiff has failed to obey orders of the Court. Therefore, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), it is recommended that Plaintiff's Complaint (ECF No. 1) in this case be **DISMISSED WITHOUT PREJUDICE.**

---

[1] On May 3, 2021, Defendant Christena Frugson also filed a Motion to Dismiss for failure to state a claim. (ECF No. 25). That same day the Court entered an order directing Plaintiff to respond to the motion by May 24, 2021, informing Plaintiff that failure to timely comply would result in the dismissal of this lawsuit. (ECF No. 27). To date, Plaintiff has not responded and the order directing him to respond has not been returned as undeliverable. On May 25, 2021, the Court entered a show cause order. (ECF No. 31). To date, Plaintiff has not responded and the order directing him to do so has not been returned as undeliverable.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this 14th day of June 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE