UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AARON LEE WILLIAMS     PLAINTIFF

v.     No. 2:21-CV-02015

SHERIFF HOBE RUNION, et al.     DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 32) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to object has passed. The Magistrate recommends the Court dismiss Plaintiff's case without prejudice for failure to comply with Court orders and failure to prosecute. The Court has reviewed the record and the report and recommendation, which contains no error and is ADOPTED.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The pending motions (Docs. 11 and 25) are TERMINATED AS MOOT. Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE