UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AARON LEE WILLIAMS                                                    PLAINTIFF

v.                        No. 2:21-CV-02015

SHERIFF HOBE RUNION, et al.                                DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 2nd day of July, 2021.

                                                                       /s/ P. K. Holmes, III
                                                                       P.K. HOLMES, III
                                                                       U.S. DISTRICT JUDGE